Susan E. SMOLEN v. WEYERHAEUSER COMPANY, No. 55-76

January 26, 1977. V.R.C.P. 56(c), dealing with motions for summary judgment, requires a hearing to be set no sooner than ten days after date of service; this applies as well to motions to dismiss treated as motions for summary judgment under V.R.C.P.

12(b), and was not done here; the judgment is set aside and the cause remanded for hearing in compliance with V.R.C.P. 56(c).